# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

**IN RE:**

Philip E. Burleson
Penny S. Burleson

Case No.: 04 B 73882

Chapter: 13

Debtor(s)    Judge Manuel Barbosa

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Lydia Meyer, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127
Philip E. Burleson, Penny S. Burleson, Debtor(s), 12036 Waidi Ave, Machesney Park, IL 61115
William Balsley, Attorney for Debtor(s), 5130 N Second Street, Loves Park, IL 61111

    You are hereby notified that FIRSTAR BANK, N.A. F/K/A FIRST WISCONSIN NATIONAL BANK OF MILWAUKEE has made post-petition advances of $925.00 ($330.00 Motion to Dismiss and Filing Fee, $395.00 Proof of Claim, $200 Two Additional Continuances for Motion to Dismiss) in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage. Debtor also remains due for any post-petition mortgage payments not yet made.

    Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 10/25/07, FIRSTAR BANK, N.A. F/K/A FIRST WISCONSIN NATIONAL BANK OF MILWAUKEE's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

    The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on September 25, 2007.

    /s/ Jose Moreno
    Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-99-6658)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.