# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PHILIP E. BURLESON & PENNY S. BURLESON        Case Number: 04-73882
12036 WAIDI AVENUE                                  SSN-xxx-xx-3266 & xxx-xx-4282
MACHESNEY PARK, IL  61115

Case filed on: 8/3/2004
Plan Confirmed on: 1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $15,443.61      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PHILIP E. BURLESON | 0.00 | 0.00 | 25.12 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 25.12 | 0.00 |
| 001 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FIRSTAR BANK NA | 7,131.23 | 7,131.23 | 7,131.23 | 0.00 |
| 002 | FIRSTAR BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 7,131.23 | 7,131.23 | 7,131.23 | 0.00 |
| 003 | CAVALRY INVESTMENTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASPIRE VISA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BANKCARD SERVICES/ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE BANK (USA) NA | 530.85 | 530.85 | 530.85 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 1,534.93 | 1,534.93 | 1,534.93 | 0.00 |
| 008 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS BANKRUPTCY SERVICE | 338.78 | 338.78 | 338.78 | 0.00 |
| 010 | CAPITAL ONE BANK (USA) NA | 324.53 | 324.53 | 324.53 | 0.00 |
| 011 | CAPITAL ONE BANK (USA) NA | 441.73 | 441.73 | 441.73 | 0.00 |
| 012 | CAPITAL ONE BANK (USA) NA | 659.51 | 659.51 | 659.51 | 0.00 |
| 013 | CAPITAL ONE BANK (USA) NA | 669.16 | 669.16 | 669.16 | 0.00 |
| 014 | CAPITAL ONE BANK (USA) NA | 313.00 | 313.00 | 313.00 | 0.00 |
| 015 | CAPITAL ONE BANK (USA) NA | 519.97 | 519.97 | 519.97 | 0.00 |
| 016 | AMERICAN INVESTMENT BANK NA | 535.23 | 535.23 | 535.23 | 0.00 |
|  | Total Unsecured | 5,867.69 | 5,867.69 | 5,867.69 | 0.00 |
|  | Grand Total: | 14,362.92 | 14,362.92 | 14,388.04 | 0.00 |

Total Paid Claimant:     $14,388.04
Trustee Allowance:       $1,055.57
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009        By  /s/Heather M. Fagan